## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                    CASE NO: 16-06387-EAG

LUIS D. FELICIANO CORREA

                                                                CHAPTER 13

Debtor(s)

## STATEMENT OF PURPOSE FOR *AMENDED PLAN*

TO THE HONORABLE COURT:

COME NOW DEBTOR(S), through the undersigned counsel of record and before this Court most respectfully state(s) and pray(s):

1. Debtor(s) filed the above captioned petition for relief.

2. Along with this motion debtor is submitting an amended plan dated October 12, 2016. Debtors amends his plan to provide pre-confirmation adequate protection payments in the amount of $170.00 to BPPR.
.

**WHEREFORE**, debtor(s) most respectfully request that this Court to note the aforementioned amendments.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date a true and exact copy of this motion and the amended plan has been forwarded by the CM/ECF system to the Chapter 13, Trustee and by regular mail to all parties in interest as per attached list**.**

In Ponce, Puerto Rico this, October 12, 2016.

Respectfully submitted,

                                  /s/ Roberto L Mateo Rivera, Esq.
                                  **LCDO. ROBERTO L MATEO RIVERA**
                                  USDC 227708
                                  PO BOX 336877
                                  PONCE, PR 00733-6877
                                  TELEPHONE: 787-840-1200
                                  E-MAIL: mateolaw@msn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**LUIS D FELICIANO CORREA**

DEBTOR(S)

BK CASE # 16-06387-EAG

CHAPTER 13

**CHAPTER 13 PAYMENT PLAN**   Amended

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☒ PRE  ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: 10/12/16
FILED BY ☒ DEBTOR ☐ TRUSTEE ☐ OTHER

**1. PAYMENT PLAN SCHEDULE**

$ 560.00 x 60 = $33,600.00
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
$ _____ x _____ = _____
TOTAL = $33,600.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ _____ x _____ = _____

PROPOSED BASE: $33,600.00

**III. ATTORNEY'S FEES**
(To be paid as administrative expenses)
Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,960.00

Signed: /S/ LUIS D FELICIANO CORREA
DEBTOR

/S/
JOINT DEBTOR

/S/ Roberto L. Mateo Rivera
Attorney for debtor

**11 DISBURSE FUNDS IN THE FOLLOWING ORDER AFTER ADMINISTRATIVE EXPENSES**
A- ADEQUATE PROTECTION PAYMENTS CR BPPR  $ 170.00
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. Scotiabank   Cr. _____   Cr. _____
# 1799   # _____   # _____
$ _____   $ _____   $ _____

2. ☒ Trustee pays IN FULL Secured Claims
Cr. BPPR   Cr. _____   Cr. _____
# 0001 ($17,116.25)   # _____   # _____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____

4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
Shares to Caribe Coop

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
Scotiabank (auto)

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
(b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
A. Insurance will be provided to BPPR at maturity date through Eastern America Insurance Co. Insurance premiums will be paid through the plan. B. All future tax refunds will be paid into the plan. Plan base will be automatically increased by any additional amount paid. C. Debtor to maintain current post petition child support payments directly to ASUME. D. Notice to all parties in interest as per attached list.

ATTORNEY FOR DEBTOR: ROBERTO L. MATEO RIVERA, ESQ   Phone 787-840-1212

**FELICIANO CORREA, LUIS D**
**HC 01 BOX 10927**
**GUAYANILLA, PR 00656**

**Roberto L. Mateo Rivera, Esq**
**PO Box 336877**
**Ponce, PR 00733-6877**

**AAFES / MILITARY STAR**
**PO BOX 740933**
**DALLAS, TX 75374**

**ASUME**
**PO BOX 71316**
**SAN JUAN, PR 00936-8416**

**BANCO POPULAR DE PR**
**BANKRUPTCY DEPARTMENT**
**PO BOX 366818**
**SAN JUAN, PR 00936-6818**

**CARIBE COOP**
**PO BOX 560464**
**GUAYANILLA, PR 00656**

**ISLAND FINANCE**
**PO BOX 195369**
**SAN JUAN, PR 00919-5369**

**SAM'S CLUB**
**SYNCHRONY BANK**
**PO BOX 965004**
**ORLANDO, FL 32896-5004**

**SCOTIABANK**
**PO BOX 362649**
**SAN JUAN, PR 00936-2649**